# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**CHARLES M. EDWARDS**

    vs.                      **CASE NUMBER: 5:07-cv-898 (NAM)**

**MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY**

**Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the decision denying benefits is AFFIRMED, defendant's Motion for Judgment on the Pleadings is GRANTED, plaintiff's Complaint is DISMISSED. Pursuant to Local Rule 72.3, the parties are advised that the referral to a Magistrate Judge has been RESCINDED, as such, any appeal taken from this Order will be to the Court of Appeals for the Second Circuit.  Judgment is entered in favor of the defendant and this case is closed.

All of the above pursuant to the order of the Honorable Judge Norman A. Mordue, dated the 15th day of September, 2010.

DATED: September 16, 2010

                                                             Clerk of Court

                                                      s/

                                                  Joanne Bleskoski
                                                  Deputy Clerk